

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2018

No. 04-18-00484-CR

David Asa **VILLARREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0549
Honorable Jefferson Moore, Judge Presiding

# O R D E R

    Delcine Benavides' notification of late record is hereby GRANTED. The reporter's record is due on or before December 7, 2018.

_____
Irene Rios, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of October, 2018.

_____
Keith E. Hottle
Clerk of Court